IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEROME WALKER,

                                                                   ORDER

         Plaintiff,

                                                      20-cv-699-bbc

    v.

C.O. LEIBERT, C.O. RUDIE, NURSE WEST
and JANE DOE,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On September 29, 2020, I dismissed the complaint filed by pro se plaintiff Jerome Walker, finding that his allegations did not state a claim under the Eighth Amendment upon which relief may be granted against any of the defendants. Plaintiff, who is incarcerated at the Wisconsin Secure Program Facility in Boscobel, Wisconsin, alleged that prison staff violated his rights under the Eighth Amendment by failing to consider his breathing problems to be an emergency and do something to get him assistance more quickly. I found that plaintiff's allegations did not suggest that he faced an emergency or that any of the defendants failed to take reasonable measures to get him treatment. Now plaintiff has moved for reconsideration of that order, repeating the allegations that he made in his complaint and arguing that defendants should have insured that he receive immediate treatment. Dkt. #12. Because I am not persuaded that I made any legal or factual errors in my prior decision, I am denying the motion for reconsideration.

ORDER

IT IS ORDERED that plaintiff Jerome Walker's motion for reconsideration, dkt. #12, is DENIED.

Entered this 1st day of December, 2020.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge