IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEROME WALKER,
    Plaintiff-Appellant,

V.

C.O. LEIBERT, et al.,
    Defendant-Appellees.

Case No. 20-CV-699

---

## NOTICE OF APPEAL

---

Now comes, plaintiff-appellant, Jerome Walker, pro se, who hereby gives this court due notice of his appeal in the above entitled case of the decision rendered by the Honorable Barbara B. Crabb in which she dismissed his Eighth Amendment allegations for failing to state a claim. The Honorable Barbara B. Crabb dismissed Walker's claim on September 29, 2020. Walker filed a motion for reconsideration, in a timely manner, and on December 1, 2020 this motion for reconsideration was also dismissed. Walker appeals this decision.

Signed this 13 day of December, 2020.

Respectfully Submitted,
Jerome Walker #328029
Jerome Walker #328029
Green Bay Correctional Institution
P.O. Box 19033
Green Bay, WI 54307